## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:06CV332** |
| | ) | |
| **DOUGLAS COUNTY SCHOOL** | ) | **ORDER** |
| **DISTRICT 0001,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff's attorney, Vincent M. Powers, has filed a Motion to Withdraw [13] together with an affidavit in support thereof.  The Notice of Service [14] filed by counsel shows that these documents were served on the plaintiff by certified mail.  After considering the information contained in Mr. Powers' affidavit and the defendant's response to the motion [15],

**IT IS ORDERED:**

1.  Counsel's Motion to Withdraw [13] is held in abeyance until **Monday, May 21, 2007** pending the appearance of substitute counsel.  The motion will be granted after substitute counsel enters an appearance in accordance with NEGenR 1.3(d).

2.  If substitute counsel does not enter an appearance in accordance with NEGenR 1.3(d) before the close of business on **Monday, May 21, 2007**,  the Motion to Withdraw will be granted and the plaintiff, Gary Anderson, will be deemed to be proceeding *pro se*, that is,  without the assistance of counsel.  In that event, Gary Anderson will be held personally responsible for prosecuting this case on his own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.

3.  Moving counsel, Vincent M. Powers, shall serve a copy of this order on the plaintiff, Gary Anderson, at his last known address and shall file proof of service with the court before the close of business on **Monday, April 23, 2007**.

**DATED April 18, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**