**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **GARY ANDERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **8:06CV332** |
| | ) | |
| **DOUGLAS COUNTY SCHOOL DISTRICT 0001,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On October 11, 2007, a telephonic hearing was held on plaintiff's Motion to reprogress the case and for leave to join additional plaintiffs (Doc. 30). Scott Lautenbaugh represented the plaintiff, and Kirk Blecha represented the defendant. As discussed during the hearing, the plaintiff will not be allowed to add parties at this time due to the length of time the case has already been pending. The parties will, however, be given additional time to complete depositions and to file motions for summary judgment.

**IT IS ORDERED** that plaintiff's motion [30] is granted, in part, as follows:

1. The deposition deadline is extended to **November 2, 2007.**

2. The parties are given until **November 19, 2007** to file motions for summary judgment.

3. All other deadlines set in the amended final progression order [23] remain in effect.

**DATED October 11, 2007.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett
United States Magistrate Judge**