# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV332 |
| vs. ) | |
| ) | MEMORANDUM AND |
| DOUGLAS COUNTY SCHOOL ) | ORDER |
| DISTRICT 0001, ) | |
| ) | |
| Defendant. ) | |

On November 6, 2007, the court filed an order directing the plaintiff to fully supplement his responses to defendant's Interrogatories Nos. 2 & 10 and Document Requests Nos. 2, 4 & 10 no later than the close of business on November 13, 2007. Instead of proceeding through counsel, plaintiff arranged to have his responses hand-delivered directly to the court.

Since plaintiff is represented by counsel, he is not permitted to deliver or file documents by himself. He is required to act through counsel. For that reason, I will forward plaintiff's documents to his attorneys, Matthew A. Lathrop and Scott A. Lautenbaugh, for their review. The court will retain copies of the documents, which will be filed under seal as an attachment to this Memorandum and Order.

**IT IS ORDERED:**

1. The Clerk shall retain a copy of plaintiff's cover letter and discovery responses in the files of the court, as an attachment to this Memorandum and Order. The responses shall be sealed until further order.

2. Plaintiff's attorneys, Matthew A. Lathrop and Scott A. Lautenbaugh, shall file a written status report with the court no later than November 23, 2007 regarding plaintiff's compliance with the November 6, 2007 order.

3. The plaintiff, Gary Anderson, shall immediately cease all further ex parte contact with the court. All communications from Gary Anderson to this court shall be made through his attorneys of record.

**DATED November 13, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**