## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY ANDERSON,** | ) | **CASE NO. 8:06CV332** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **DOUGLAS COUNTY SCHOOL DISTRICT 0001,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

1. The Defendant's Motion for Leave to File Amended Brief in Support of its Motion for Summary Judgment (Filing No. 59) is granted; and

2. The Amended Brief, which is filed as Exhibit A to the Motion, shall be considered by the Court.

DATED this 10th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge