## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY ANDERSON,** | ) | **CASE NO. 8:06CV332** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **DOUGLAS COUNTY SCHOOL DISTRICT 0001,** | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 61) to respond to the Defendant's motion for summary judgment is granted; and

2. Plaintiff's brief in opposition to the Defendant's Motion for Summary Judgment and index of evidence shall be filed on or before Monday, December 17, 2007.

DATED this 11th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge