# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY ANDERSON, | ) | CASE NO. 8:06CV332 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY SCHOOL DISTRICT 0001, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion is granted (filing no. 63), and Plaintiff shall file his brief in opposition to the Defendant's motion for summary judgment on or before December 18, 2007.

DATED this 18th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge