## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV332 |
| | ) | |
| DOUGLAS COUNTY SCHOOL DISTRICT 0001, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held on December 26, 2007 on the motion of Scott A. Lautenbaugh and Matthew A. Lathrop for leave to withdraw as plaintiff's counsel. Plaintiff, Lautenbaugh and Lathrop attended in person and were all advised that Judge Smith Camp had granted the defendant's Motion for Summary Judgment.

For the reasons discussed during the hearing, the court finds that the differences between counsel and the plaintiff have become irreconcilable, and plaintiff's attorneys should be allowed to withdraw.

**IT IS ORDERED:**

1. The Motion to Withdraw [68] is granted.

2. The Clerk shall terminate the appearances of Scott A. Lautenbaugh and Matthew A. Lathrop as counsel for plaintiff, and enter the plaintiff's appearance pro se.

3. Plaintiff, Gary Anderson, may retain substitute counsel at any time; however, until such time as substitute counsel enters a written appearance, plaintiff shall personally comply with all orders of this court, the Federal Rules of Civil Procedure, the Local Rules of Practice, and the Federal Rules of Appellate Procedure, as applicable. Plaintiff shall also keep the court advised of his current address and telephone number at all times while the matter is pending in this court.

**DATED December 27, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**