## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GARY ANDERSON,                        )          CASE NO. 8:06CV332
                                      )
              Plaintiff,              )
                                      )
       v.                             )          ORDER
                                      )
DOUGLAS COUNTY SCHOOL                 )
DISTRICT 0001,                        )
                                      )
              Defendant.              )

This matter is before the Court on the Plaintiff Gary Anderson's Application to Proceed without Prepayment of Fees. The Plaintiff is proceeding pro se. He states in the motion that he has not been employed since December 2004. While the Plaintiff's statement is a preliminary showing of his need to proceed in form pauperis, it does not satisfy all the requirements under 28 U.S.C. §1915.

Accordingly, the Court will require the Plaintiff to complete the application form that is available on the Court's website at **www.ned.uscourts.gov**. Once on the Court's website, the Plaintiff should click on the "Forms" tab located on the left column, and then select the document that is entitled, "Application to Proceed Without Prepayment of Fees and Affidavit--Prisoner, Non-Prisoner (fillable form)." Plaintiff shall complete the form and file it with the Court on or before February 11, 2008.

IT IS ORDERED:

1.     The Plaintiff's Application to proceed without prepayment of fees (Filing No. 87) is provisionally granted;

2.     On or before Monday, February 11, 2008, the Plaintiff shall complete and file an   Application   to   Proceed   Without   Prepayment   of   Fees   and

Affidavit--Prisoner, Non-Prisoner using the form available on the Court's website; and

3.       The Plaintiff's initial Application to proceed without prepayment of fees (Filing No. 75) is denied as moot.

DATED this 5th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2